# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                    Case No.: 2:08−bk−11175−RTB

    REX PORRAS CORONADO                      Chapter: 7
    1810 N. 68TH LN.
    PHOENIX, AZ 85035
    **SSAN:** xxx−xx−0988
    **EIN:**

    IRMA DOLORES CORONADO
    1810 N. 68TH LN.
    PHOENIX, AZ 85035
    **SSAN:** xxx−xx−0741
    **EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

---

You are hereby notified that on March 11, 2010, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: March 11, 2010**

**Address of the Bankruptcy Clerk's Office:**          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                      **Brian D. Karth**
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Mar 13, 2010.
db/jdb     +REX PORRAS CORONADO,   IRMA DOLORES CORONADO,   1810 N. 68TH LN.,   PHOENIX, AZ 85035-4610

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 13, 2010**                    **Signature:** _Joseph Speetjens_